UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>EBAY INC.,<br>    Defendant.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Plaintiff,<br><br>v.<br><br>EBAY INC.,<br>    Defendant. | Case Nos.: 5:12-CV-05869; 5:12-CV-05874<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

    Having reviewed the parties' Joint Case Management Statements (see No. 12-CV-5869 Docket Item No. 34 and No. 12-CV-5874 Docket Item No. 9), the court finds that a Case Management Conference would not be productive at this time due to eBay's pending Motion to Dismiss (see No. 12-CV-5869 Docket Item No. 15 and No. 12-CV-5874 Docket Item No. 27). Accordingly, the conference scheduled for June 7, 2013 is hereby VACATED. The court shall set a Case Management Conference in its forthcoming order on eBay's Motion to Dismiss.

**IT IS SO ORDERED.**

Dated: June 4, 2013

                                                    EDWARD J. DAVILA
                                                  United States District Judge